| Date | Pleading Number | |
|---|---|---|
| 5/15/75 | 1. | MOTION & SUPPORTING BRIEF -- Delta Air Lines, Inc. -- for a single action pending in MID. Louisiana to be transferred under Section 1407 to the District of Columbia for pretrial processing with 5 actions already pending in that district. Schedule A attached and certificate of service on involved counsel and districts courts involved.<br>REQUESTED TRANSFEREE FORUM: D. District of Columbia |
| 5/20/75 | 2 | RESPONSE -- Plaintiffs PENNA., BERLET, EVANS, SIEGEL AND BLAKENEY w/cert of service |
| 5/21/75 | 3 | RESPONSE -- Plaintiff JOHN A. POWELL w/cert of service |
| 6/2/75 | 4 | RESPONSE -- defendant VALUE ENGINEERING CO. w/cert. of service |
| 5/29/75 | | APPEARANCES -- Plaintiffs, Siegel, Blakeney, Evans, Kappelmann, & Penna. Philip Silverman, Esquire; Plaintiff Powell -- Leo Berggreen, Esq; Deft. Delta -- Stephen J. Fearon, Esq.; Deft. Value Engineering Co. -- Anthoney E. Grimaldi, Esq.; Deft. CAB, Dept.ofTrans., FAA -- Paul M. Tschirhart, Esq. |
| 6/5/75 | | HEARING ORDER -- June 27, 1975 -- Denver, Colorado Setting A-1 through A-6 |
| 9/15/75 | | CONSENT OF TRANSFEREE COURT -- FOR JUDGE HART TO HANDLE LITIGATION IN THE DISTRICT OF COLUMBIA UNDER 28 U.S.C. §1407 |
| 9/15/75 | | OPINION AND ORDER -- Transferring A-1 to the District of Columbia for assignment to Judge Hart for coordinated or consolidated pretrial proceeddings under 28 U.S.C. §1407 |

## Description of Litigation

### IN RE RADIATION INCIDENT AT WASHINGTON, D.C. ON APRIL 5, 1974

#### Summary of Panel Action

Date(s) of Hearing(s): 6/27/75

Date(s) of Opinion(s) or Order(s): 9/15/75

Consolidation Ordered _____

Consolidation Denied _____

Name of Transferee Judge: GEORGE L. HART, JR.

Transferee District: DISTRICT OF COLUMBIA    Misc No 75-0178

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Dennis E. Siegel v. Value Engineering Co., et al. | D.C. Hart | 75-0239 | | | 4/15/77 | |
| A-2 | Theodore W. Blakeney, Jr. v. Value Engineering Co., et al. | D.C. Hart | 75-0240 | | | 4/15/77 | |
| A-3 | Willie L. Evans v. Value Engineering Co., et al. | D.C. Hart | 74-1197 | | | 1/23/78 | |
| A-4 | Arthur C. Kappelmann, et ux. v. Delta Air Lines, Inc., et al. | D.C. Flannery | 74-1679 | | | 5/9/78 | |
| A-5 | Richard Penna, et al. v. Value Engineering Co., et al. | D.C. Hart | 74-704 | | | 4/15/77 | |
| A-6 | John A. Powell v. Delta Air Lines, Inc., et al. | M.D.La. | 75-112 | 9/15/75 | CA-75-1575 | 11/11/77 | |
| XYZ-1 | James B. McKee v. Value Engineering Co. | D.C. | 76-0422 | | | 1/6/78 | |

Case MDL No. 213   Document 1   Filed 05/01/15   Page 3 of 4

p. 1

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. 213 -- IN RE RADIATION INCIDENT AT WASHINGTON, D.C. ON APRIL 5, 1974

| Plaintiff | Defendant |
|---|---|
| DENNIS E. SIEGEL (A-1)<br>THEODORE W. BLAKENEY, JR. (A-2)<br>WILLIE L. EVANS (A-3)<br>ARTHUR C. KAPPELMANN, ET UX. (A-4)<br>RICHARD PENNA, ET AL. (A-5)<br>    Philip Silverman, Esquire<br>    Speiser, Krause & Madole<br>    851 National Press Building<br>    Washington, D. C.  20045<br><br>JOHN A. POWELL (A-6)<br>    Leo J. Berggreen, Esquire<br>    Suite 6, 3623 Perkins Road<br>    Batton Rouge, Louisiana | DELTA AIR LINES, INC.<br>    Stephen J. Fearon, Esquire<br>    Condon & Forsyth<br>    1251 Avenue of the Americas<br>    New York, New York  10020<br><br>VALUE ENGINEERING COMPANY<br>    Anthoney E. Grimaldi, Esquire<br>    10560 Main Street<br>    The Mosby -- Penthouse<br>    Fairfax, Virginia<br><br>CIVIL AERONAUTICS BOARD<br>DEPARTMENT OF TRANSPORTATION<br>FEDERAL AVIATION ADMINISTRATION<br>    Paul M. Tschirhart, Esquire<br>    Assistant United States Attorney<br>    Room 3415<br>    United States Courthouse<br>    Washington, D. C.  20001 |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 213 -- IN RE RADIATION INCIDENT AT WASHINGTON, D.C. ON APRIL 5, 1974
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| XALUE ENGIENEERING CO. | A-1 thru A-6 |
| DELTA AIR LINES, INC. | A-1 thru A-6 |
| CIVIL AERONAUTICS BOARD, DEPT. OF TRANS- PORTIONA, FED. AVIATION ADMINISTRATION | A-4 |
| | |
| | |
| | |
| | |
| | |
| | |